AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

United States District Court
Southern District of Texas
FILED

MAR 2 9 2018

David J. Bradley, Clerk

United States of America
v.
Servando VELA
YOB: 1986 Citizenship: United States

Case No. M-18-0670-M

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of July 25 2017 to September 06 2017 in the county of Hidalgo in the Southern District of Texas, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 USC 846 | Conspiracy to distribute over 5 kilograms of cocaine. |

This criminal complaint is based on these facts:

See Attachment "A"

✓ Continued on the attached sheet.

_____
Complainant's signature

Edgard Reynoso, HSI TFO
*Printed name and title*

Sworn to before me and signed in my presence.

Date: March 29, 2018 3:26 pm

_____
Judge's signature

City and state: McAllen, Texas

U.S. Magistrate Peter Ormsby
*Printed name and title*

On July 25, 2017, U.S. Immigration and Customs Enforcement (ICE), Homeland Security Investigations (HSI) in McAllen, Texas received information from the U.S. Customs and Border Protection, Office of Fields Operations (CBP/OFO) at the Hidalgo, Texas Port of Entry (POE) regarding a vehicle loaded with narcotics that they encountered. On that date, two United States citizens attempted to enter the United States from the United Mexican States with approximately 10.7 kilograms of cocaine concealed in a non-factory compartment located in a white Volkswagen Jetta. The two individuals were arrested and prosecuted federally. HSI Special Agents received information from a Cooperating Defendant (CD#1) regarding the aforementioned seizure of narcotics. CD#1 stated that an individual identified as Servando VELA coordinated the delivery of the 10.7 kilograms of cocaine and hired the occupants of the white Volkswagen Jetta. CD#1 was able to identify Servando VELA from a photo lineup. HSI Special Agents were able to corroborate that Servando VELA and CD#1 made a previous attempt to smuggle narcotics before July 25, 2017 with crossing history and video from the POE, supporting CD#1's statements.

On September 06 2017, Immigration and Customs Enforcement (ICE), Homeland Security Investigations (HSI) in McAllen, Texas received information from the U.S. Customs and Border Protection, Office of Fields Operations (CBP/OFO) at the Hidalgo, Texas Port of Entry (POE) regarding a vehicle loaded with narcotics that they encountered. On that date, a Mexican national attempted to enter the United States from the United Mexican States with approximately 7.59 kilograms of cocaine concealed in a non-factory compartment located in a red Jeep Liberty. The individual was arrested and prosecuted federally. Subsequently, HSI Special Agents received information from a Cooperating Defendant (CD#2) regarding the aforementioned seizure of narcotics. CD#2 stated that an individual identified as Servando VELA coordinated the delivery of the 7.59 kilograms of cocaine and hired said CD#2 to drive the red Jeep Liberty from Mexico to the United States. CD#2 was able to positively identify Servando VELA from a photo lineup.